UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RALPH ADAMS,

          Plaintiff,

v.                                               Case Number 12-cv-11928
                                                Honorable Thomas L. Ludington

BANK OF AMERICA, N.A., et al.,

          Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING DEFENDANTS' MOTION TO DISMISS**

In this home mortgage foreclosure case, Plaintiff Ralph Adams filed a 25-count complaint against Defendants Bank of America and Federal National Mortgage Association. This matter is before the Court on the report and recommendation (ECF No. 23) issued by Magistrate Judge Charles E. Binder on March 19, 2013, on Defendants' motion to dismiss (ECF No. 17). Judge Binder recommends that the Court grant Defendants' motion and dismiss counts 3 through 24.

Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Binder's report and recommendation.

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 23) is **ADOPTED**.

It is further **ORDERED** that Defendants' motion to dismiss (ECF No. 17) is **GRANTED**.

Dated: April 10, 2013

            s/Thomas L. Ludington
            THOMAS L. LUDINGTON
            United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 10, 2013.

            s/Tracy A. Jacobs
            TRACY A. JACOBS